UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN HOGGARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:16-CV-81-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 15, 2017, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the case to the Acting Commissioner for further proceedings.

**This Judgment Filed and Entered on May 15, 2017, and Copies To:**

Maria Concetta Mayo and Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

May 15, 2017                      PETER A. MOORE, JR., CLERK
                                   /s/ Christa N. Baker
                                  (By) Christa N. Baker, Deputy Clerk