IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:16-CV-81-FL

| | |
|---|---|
| STEPHEN HOGGARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Nancy A. Berryhill, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____ ) | CONSENT ORDER FOR PAYMENT<br>OF FEES AND COSTS PURSUANT TO<br>THE EQUAL ACCESS TO JUSTIC ACT |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of Three Thousand Eight Hundred Dollars and Zero Cents ($3,800.00) for attorney fees and Four Hundred Dollars and Zero Cents ($400.00) in filing fees, in full and final settlement of all claims arising from the above-captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned his right to payment of such fees and costs to his attorney.

It is therefore ORDERED, this  23rd   day of June, 2017, that the Plaintiff shall be, and hereby is, awarded the sum of Four Thousand and Two Hundred Dollars ($4,200.00) for attorney fees and costs in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it

is further ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

$\qquad$ *Louise V. Flanagan*
LOUISE WOOD FLANAGAN
United States District Judge

CONSENTED TO:

Maria Concetta Mayo
Ricci Law Firm, P.A.
P.O. Box 483
Greenville, NC 27835-0483
252-752-7785
mmoore@riccilawnc.com

Wanda D. Mason
Social Security Administration
6401 Security Boulevard, Altmeyer Building
Baltimore, Maryland 21235
410-966-5044
Wanda.mason@ssa.gov